Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# United States District Court

for the

11 District of Nevada

Civil Division

FILED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 7 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

| | |
|---|---|
| **Lindsey Licari** | Case No.     3:21-cv-00184-MMD-WCG |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☒ Yes ☐ No

Rena Hughes, Mary Kay Holthus, Elizabeth Gonzalez, Mark Denton, Rob Bare, Trevor Atkin, Kristina Pickering , Judical Commsion of Nevada, State Bar of Nevada, Shumway Van LTD, Jennings and Fulton LTD, Lipson Neilson LTD, Lenora Muller, Debbie Conway, Aaron Ford, LVMP, Daryl McClosky, Ronald Isreal, Eric Johnson, David Jones, Dawn Thorne, Jim Crockett, Gloria Navarro, Cam Ferenbach, Kathy Hardcastle, Clark County District Attorneys Office, Nevada Secretary of State, Nevada Supreme Court, Marquis Aurbach Coffing, Resnick & Louis PC, Clarkson and Associates, Wilson, Elser, Moskowitz, Eldman, Dicker, Chris Tillman, GLVAR, NRED, Mark Gibbons, Abbie SIlver, Lidia Stiglich, Ron Parraguirre, Gerald Hardcastle

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lindsey Licari |
| Address | 9564 Scorpion Track Ct |

| | | |
|---|---|---|
| Las Vegas | NV | 89178 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clark |
| Telephone Number | 7025776657 |
| E-Mail Address | lindseylicari14@aol.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rena Hughes |
| Job or Title *(if known)* | Family Court Judge |
| Address | 601 N Pecos  Dept J |

| | | |
|---|---|---|
| Las Vegas | NV | 89155 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clark |

| | |
|---|---|
| Telephone Number | 7024551882 |
| E-Mail Address *(if known)* | deptjlc@clarkcountycourts.us |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Mary Kay Holthus |
| Job or Title *(if known)* | Judge Dept 18 |
| Address | 200 Lewis Ave. |

| Las Vegas, | NV | 89155 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clark |
| Telephone Number | 7026714459 |
| E-Mail Address *(if known)* | dept18lc@clarkcountycourts.us |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Elizabeth Gonzales |
| Job or Title *(if known)* | Judge Dept 11 |
| Address | 200 Lewis Ave |

| Las Vegas | NV | 89155 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clark |
| Telephone Number | 7026714378 |
| E-Mail Address *(if known)* | dept11lc@clarkcountycourts.us |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Mark Denton |
| Job or Title *(if known)* | Judge Dept |
| Address | 200 Lewis Ave |

| Las Vegas | NV | 89155 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Clark |
| Telephone Number | 7026714429 |
| E-Mail Address *(if known)* | Dept13LC@clarkcountycourts.us |

☒ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒  Federal officials (a *Bivens* claim)

    ☒  State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff, Lindsey Licari herby files this Complaint under Title 42 United States Code Standard of 1983, I have failed to obtain justice in State Courts , in which I ask for relief of all orders made in violation of the law, that Due Process of Law be allowed, and further issue relief as the court deems appropriate.All Defendants have knowingly denied me of my constitutional and civil rights which is not a Judical or Regulatory function , and conflicts with any definition of a Judical or law enforcement function. All of the Defendants actions are no longer a Judical or Regulatory acts, but individual acts, as the act represents their own prejudice and goals. When a judge acts as a trespasser of law, when a judge does not follow the law, he/she then loses subject matter jurisdiction and the Judges orders are void, of no legal force or affect. The Defendants are limited by the constitution , the violation of a citizens rights should never be justified due to the overriding of government goals or objectives, and that no branch of government should be allowed to extend it's power beyond it's legal limits. Which is why the US Consitution installed Trial by Jury in which I have been denied my Seventh Amendment Rights, by Rena Hughes, who decided my case with no jury and no evidence to support her ruling. Rena Hughes then allowed Legal Mal Practice of Jennings and Fulton and Shumway Van, and Chris Tillman to litigate unnessarily for two years and allowed them to go to trial where there was no jury, I was told no support could attend, and none of my witnesses or evidence was submitted by Jennings and Fulton. Pursuant to 18 USC Section 3771 (a) (8) I had the right to be treated with fairness and respect with respect to my dignity and privacy, in which Rena Hughes allowed Realtor Linda Naw and 5 of her friends to sit in on the trial, where they laughed, made faces, and called me names. Rena Hughes then allowed Grayson Moulton to question me for two days, mocking the work I do in the community in honor of my late son, attacking my character, and mocking my grief. Rena Hughes knowing that I suffer from PTSD from the loss of my son, forced me to go through a trial with the accused, knowing I was and am a victim of a crime. This was a violation of my Eigth Amendment Right to not be subjected to cruel and unusal punishment. Rena Hughes allowing extortion, embezzelment, and the people who victimized me to continue to deprive me of my freedoms and liberties, is cruel and a violation of 18 USC section 3771, that offers me protections as a victim of a crime, protections denied to me by all Defendants. The Government of the people is not to threaten Ms. Licari's way of life to allow Government actors to ignore the guidleines that define their power. All Defendants have taken away my right to be heard and or my opportunity to be heard. All Defendants have acted Ultra-Vires, beyond their legal limits in which I am entitled to declaratory relief and injuctive relief as the court sees fit. All Defendants have acted outside of their jurisdiction and should a judge act maliciously or corruptly they should incure liabliity. Kalb v. Luce, 291 N.W. 841, 234, WISC 509. Defendants, LVMPD and Nevada Attorney Generals office had the obligation Pursuant to 18 USC section 3771 to offer protection from those who violated me, restitution, and, the right to proceedings free from unreasonable delay. The following Civil Rights have denied to me by all Defendants AMENDMENT IV The right of the people to be secured in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be siezed. Defendant Rena Hughes and Shumway Van have known since December of 2018, that I was a victim of Mortgage Fraud. Defendant Shumway Van submitted the evidence of Mortgage Fraud to GLVAR in respondant docs 18343E in which GLVAR summitted to me. Shumway Van then knowingly represented both Bobby Antee, and Linda Naw in litigating over a deed they knew to be invalid in case D-18-573154-D, and case A-18-786141-C, with the intent to harm and defraud me further. After allowing 3 years of vextuious litigation, and being presented with a Board and Court Certified Forensic Handwriting Specialist, Shumway Van has continued to harrass, slander, and deprive me of my home, by attempting to use Rena Hughes to evict me out of a home I have been forced to remain in, without allowing the due process of law or aknowledging that I am a victim of a crime. Pursuant to 18 USC section 3771 (d) (1) (a) Bobby Antee is not entitled to any relief being that he has clearly committed Mortgage Fraud and Fraudulent Concealment of that Mortgage Fraud. AMENDMENT V, all Defendants have deprived me of my rights by asking me to be a witness to myself in a criminal matter, I have been deprived of my life, liberty, and property, without due process of law; in which Defendant, Treavor Atkins, Mark Denton, Elizabeth Gonzales, Mary Kay Holthus, Nevada Attorney General, LVMPD, Clark County Recorder have all refused even hear my case, by dismissing the matters without hearing my evidence or simply ignoring clear evidence to conceal the actions of all involved.

AMENDMENT VI, the accused shall enjoy the right to a speedy trial and public trial, by impartial jury of the State and District wherein the crime shall have been committed, which district shall have been committed, which district shall have been perviously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witness against him, to have compulsory process for obtaining witness in his favor, and to have the assistance of Counsel for his defense. Defendant Rena Hughes, knowingly allowed Chris Tillman, Logan Willson, Jared Jennings, and Adam Fulton to dely the trail by two years. Rena Hughes then allowed Shumway Van to violate NRPC Rule 1.8 imposing a clear conflict of interest in their representation of Bobby Antee and Linda Naw over the same matter. Rena Hughes then also allowed the Legal Malpractice of Jennings and Fulton to litigate multiple matters over this same deed, and failed to report them to the proper authorites or recuse them from these matters. In June of 2020 Defendants, Mary Kay Holthus and Elizabeth Gonzales were informed of the violation of my constitutional rights and the Judical Misconduct of Rena Hughes, and both Defendant's knowingly concealed the evidence given to them and allowed the continued abuse against me to continue. AMENDMENT VII  In Suites of Common Law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall otherwise re-examined in any Court of the United States, than according to the rules of the common law.  AMENDMENT VIII  Excessive bail shall not be required, noe excessive fines imposed, nor cruel and unusual punishments inflicted. Pursuant to Title 18, U.S.C., Section 241 Conspircy Against Rights, This statue makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any persons of any state, territory or district in the free excersise or enjoyment of any right or privledge secured to him/her by the Constitution or the laws of the United States. All Defendants were notified of the Mortgage Fraud, in June of 2018, LVMPD was notified 3 more times the last time being in October of 2020, in which they refuse to offer the protections promised to me in 18 USC section 3771 (c) (1) I never received any support from a prosecution attorney as promised and i have not been treated with fairness, or respect. Rena Hughes, Mary Kay Holthus, Mark Denton, Treavor Atkins, and Elizabeth Gonzales, Shumway Van, Lipson Neilson, Jennings and Fulton, Nevada Secretary of State, Clark County Recorder, Nevada State Bar, Judical Commisson of Nevada, and the Attorney Generals Office have all conspired together to deprive me of the damages and restitution owed to me, and the right to my property and basic human rights. Rena Hughes allowing this unnessary litigation for 3 years violates my Ninth Amendment Right to basic human rights. Rena Hughes forced me to remain in a home that I did not want, depriving me of the funds stolen out of my account to obtain the home, I was not put on the Deed or the HomeOwners Insurance, so I was unable to obtain statements, pay bills on time, or refinance my home while she refused to adjudecate this matter properly or ensure that my legal counsel was providing adequate representation. Rena Hughes allowing Defendants Shumway Van, and Jennings and Fulton to litigate over a 1 month marriage for 3 years deprived me of the abilty to seek IVF to have another child, without the consent of the man who victimized me. Rena Hughes allowed those I accussed to control my sole and separate property, to harrass, and stalk me while they attempted to conceal their actions and slander me for demanding that my rights be upheld and justice be properly administered. Defendant's Jennings and Fulton and Shumway Van knowingly violated my Sixth Amendment Rights by not offering me the leagl representation from a prosecution attorney, instead knowingly embezzeling $16k of legal fees for concealing the crimes I hired them to protect me from. Shumway Van has not attempted to again use Rena Hughes to now force the sale of my home to enable them to attach to the proceeds for legal fees, they have not earned. It is my right to file for Anullment due to fraud, Rena Hughes is extorting legal fees in retaliation for me demanding justice and exposing her corruption. Rena Hughes issued this order after receiving a Motion of Fraud on the Court, and me filing an appeal, refusing me again Due Process of the law. After learning of the Judical Misconduct and Legal Mal Practice, I filed into case A-18-786141-C with Defendant, Mary Kay Holthus where she also knowingly violated on Consitutional Rights to Legal Counsel, Protection from the accuseed, and falied to report the Judical Misconduct and Legal malpractice reported to her pursuant to NRJC Rule 2.15. In June of 2020 I also reported the same information to Defendant, Elizabeth Gonzales in which she simply denied everything I filed and ruled in the favor of Nikki Sikalis Bott and National Tilte Company, where she had clear evidence of Mortgage Fraud and Forgery without allowing me due process or access to a prosecution attorney. Elizabeth Gonzales and Mary Kay Holthus knowingly had me argue my own matters, after being informed of clear malpractice of Jennings and Fulton, and failed

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

to report this to Nevada State Bar or Nevada Attorney General to obtain protecttions promised to me in te Constitution of the United States. On 3 occassions I notified Nevada Attorney Generals Office, in which they ignored my complaints each time, and even when copied on communications to Nevada Secretary of State, Jennings and Fulton, Clark County Recorder and knew they were not comlying with law, the Nevada Attorney General refused to act and offer protects pursuant to NRS 598D.150 and still has not acted knowing that Rena Hughes and Shumway Van are illegally forcing the sale of my home. Nevada Secretary of State was notifed of Escrow Agent Nikki Sikalis Bott and Notary Nikki Bott were in fact the same person, and the second notary Melanie Treanor who is Nikki Sikalis Bott's neighbor slandered title, fruadulently conveying title into Bobby Antee's name. Nevada Secretary of State had the obligation to report these crimes to the DA, and refused to do so, allowing Nikki Bott and National Title Company to continue to evade preosecution and depriving me of my rights as a Victim of a Crime. In June of 2020 Nevada State Bar was notified of the Legal MalPractice of Jennings and Fulton, Shumway Van, and Lipson Neilson, and closed the investigation without repremending any of the attorneys, refusing my right to resitution, and legal counsel, which again violates my Sixth Amendment Rights. Lipson Neilson knowing of the legal Malpractice of Jennings and Fulton and Shumway Van, then used the fabricated ruling of Rena Hughes and the Judical Misconduct of Elizabeth Gonzales, to grant Summary Judgement in their favor, in which Elizabeth Gonzales vacated my motion for summary judgement without even hearing it. A violation of my right to equal justice and restitution for the crimes committed against me. After, Nevada State Bar refusing to act, I then filed Legal Mal Practice and Judical review, in which Defendants, Mark Denton, and Treavor Atkins, instantly dismissed the cases and refused to hear my motions for Summary Judgement. They both knowingly concealed Mortgage Fraud Pursuant to NRS 205.372 (a) (b) and legal malpractice and refused my rights pursuant to 18 USC section 3771 as a victim of a crime. I have now had to take all cases to appeal, which is again cruel and unusua punsihment to force a victim of a crime to defend themselves agianst the accussed and has costed me over $100000 since May of 2020, and $37000 in Mortgage payments I should have had to make because I was entitled to Lis Pendens, $20000 in legal fees to Jennings and Fulton and Chris Tillman, and now $19000 to Grayson Moulton. The is clear embezzelment and extortion pursuant to NRS 205.320. Defendant Rena Hughes has also refused me restitution and damages from the damage to my property by Bobby Antee, and the slander that has been caused by her fabricated ruling to my foundation. Lipson Neilson knowing of the Judical Misconduct of Rena Hughes, then submitted her ruling to the Court, knowing it to be untrue with the intent to further defraud Ms. Licari and also extort legal fees and cost they were not entitled to. Pursuant to NRS 240.075 (1) (2) (3) no person should encourage others to commit fraud, in which all Defendants have and still are.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Plaintiff claims federal jurisdiction pursuant to Article III s 2  which extends jurisdiction to cases arising under the U.S. Constitution, 18 USC Section 3771 (a) (b) (c) (d),

TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

42 U.S. Code § 1985.Conspiracy to interfere with civil rights

(1)Preventing officer from performing duties
If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

(2)Obstructing justice; intimidating party, witness, or juror
If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

(3)Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

(R.S. § 1980.)

42 U.S. Code § 1986.Action for neglect to prevent

Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

(R.S. § 1981.)

42 U.S. Code § 1987.Prosecution of violation of certain laws

The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, and every other officer who is especially empowered by the President, are authorized and required, at the expense of the United States, to institute prosecutions against all persons violating any of the provisions of section 1990 of this title or of sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes, and to cause such persons to be arrested, and imprisoned or bailed, for trial before the court of the United States or the territorial court having cognizance of the offense.

(R.S. § 1982; Mar. 3, 1911, ch. 231, § 291, 36 Stat. 1167; June 25, 1948, ch. 646, § 1, 62 Stat. 909; Pub. L. 90–578, title IV, § 402(b)(2), Oct. 17, 1968, 82 Stat. 1118; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)

42 U.S. Code § 1988 - Proceedings in vindication of civil rights

(a)Applicability of statutory and common law

The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, and for their vindication, shall be exercised and enforced in conformity with the laws of the

United States, so far as such laws are suitable to carry the same into effect; but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the cause, and, if it is of a criminal nature, in the infliction of punishment on the party found guilty.

(b)Attorney's fees
In any action or proceeding to enforce a provision of sections 1981, 1981a, 1982, 1983, 1985, and 1986 of this title, title IX of Public Law 92–318 [20 U.S.C. 1681 et seq.], the Religious Freedom Restoration Act of 1993 [42 U.S.C. 2000bb et seq.], the Religious Land Use and Institutionalized Persons Act of 2000 [42 U.S.C. 2000cc et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or section 12361 of title 34, the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity such officer shall not be held liable for any costs, including attorney's fees, unless such action was clearly in excess of such officer's jurisdiction.

(c)Expert fees
In awarding an attorney's fee under subsection (b) in any action or proceeding to enforce a provision of section 1981 or 1981a of this title, the court, in its discretion, may include expert fees as part of the attorney's fee.

(R.S. § 722; Pub. L. 94–559, § 2, Oct. 19, 1976, 90 Stat. 2641; Pub. L. 96–481, title II, § 205(c), Oct. 21, 1980, 94 Stat. 2330; Pub. L. 102–166, title I, §§ 103, 113(a), Nov. 21, 1991, 105 Stat. 1074, 1079; Pub. L. 103–141, § 4(a), Nov. 16, 1993, 107 Stat. 1489; Pub. L. 103–322, title IV, § 40303, Sept. 13, 1994, 108 Stat. 1942; Pub. L. 104–317, title III, § 309(b), Oct. 19, 1996, 110 Stat. 3853; Pub. L. 106–274, § 4(d), Sept. 22, 2000, 114 Stat. 804.)
42 U.S. Code § 1989.United States magistrate judges; appointment of persons to execute warrants
U.S. Code
The district courts of the United States and the district courts of the Territories, from time to time, shall increase the number of United States magistrate judges, so as to afford a speedy and convenient means for the arrest and examination of persons charged with the crimes referred to in section 1987 of this title; and such magistrate judges are authorized and required to exercise all the powers and duties conferred on them herein with regard to such offenses in like manner as they are authorized by law to exercise with regard to other offenses against the laws of the United States. Said magistrate judges are empowered, within their respective counties, to appoint, in writing, under their hands, one or more suitable persons, from time to time, who shall execute all such warrants or other process as the magistrate judges may issue in the lawful performance of their duties, and the persons so appointed shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged; and such warrants shall run and be executed anywhere in the State or Territory within which they are issued.

(R.S. §§ 1983, 1984; Mar. 3, 1911, ch. 231, § 291, 36 Stat. 1167; Pub. L. 90–578, title IV, § 402(b)(2), Oct. 17, 1968, 82 Stat. 1118; Pub. L. 101–650, title III, § 321, Dec. 1, 1990, 104 Stat. 5117.)

42 U.S. Code § 1992.Speedy trial

Whenever the President has reason to believe that offenses have been, or are likely to be committed against the provisions of section 1990 of this title or of section 5506 to 5516 and 5518 to 5532 of the Revised Statutes, within any judicial district, it shall be lawful for him, in his discretion, to direct the judge, marshal, and United States attorney of such district to attend at such place within the district, and

for such time as he may designate, for the purpose of the more speedy arrest and trial of persons so charged, and it shall be the duty of every judge or other officer, when any such requisition is received by him to attend at the place and for the time therein designated.

(R.S. § 1988; June 25, 1948, ch. 646, § 1, 62 Stat. 909.)

18 U.S. Code § 3771 - Crime victims' rights

(a)Rights of Crime Victims.—A crime victim has the following rights:
(1)The right to be reasonably protected from the accused.
(2)The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.
(3)The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.
(4)The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.
(5)The reasonable right to confer with the attorney for the Government in the case.
(6)The right to full and timely restitution as provided in law.
(7)The right to proceedings free from unreasonable delay.
(8)The right to be treated with fairness and with respect for the victim's dignity and privacy.
(9)The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.
(10)The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) [1] and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.
(b)Rights Afforded.—
(1)In general.—
In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a). Before making a determination described in subsection (a)(3), the court shall make every effort to permit the fullest attendance possible by the victim and shall consider reasonable alternatives to the exclusion of the victim from the criminal proceeding. The reasons for any decision denying relief under this chapter shall be clearly stated on the record.
(2)Habeas corpus proceedings.—
(A)In general.—
In a Federal habeas corpus proceeding arising out of a State conviction, the court shall ensure that a crime victim is afforded the rights described in paragraphs (3), (4), (7), and (8) of subsection (a).
(B)Enforcement.—
(i)In general.—
These rights may be enforced by the crime victim or the crime victim's lawful representative in the manner described in paragraphs (1) and (3) of subsection (d).
(ii)Multiple victims.—
In a case involving multiple victims, subsection (d)(2) shall also apply.
(C)Limitation.—
This paragraph relates to the duties of a court in relation to the rights of a crime victim in Federal habeas corpus proceedings arising out of a State conviction, and does not give rise to any obligation or requirement applicable to personnel of any agency of the Executive Branch of the Federal Government.
(D)Definition.—
For purposes of this paragraph, the term "crime victim" means the person against whom the State offense is committed or, if that person is killed or incapacitated, that person's family member or other lawful representative.
(c)Best Efforts To Accord Rights.—
(1)Government.—
Officers and employees of the Department of Justice and other departments and agencies of the United

States engaged in the detection, investigation, or prosecution of crime shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection (a).

(2)Advice of attorney.—

The prosecutor shall advise the crime victim that the crime victim can seek the advice of an attorney with respect to the rights described in subsection (a).

(3)Notice.—

Notice of release otherwise required pursuant to this chapter shall not be given if such notice may endanger the safety of any person.

(d)Enforcement and Limitations.—

(1)Rights.—

The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a). A person accused of the crime may not obtain any form of relief under this chapter.

(2)Multiple crime victims.—

In a case where the court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.

(3)Motion for relief and writ of mandamus.—

The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion asserting a victim's right forthwith. If the district court denies the relief sought, the movant may petition the court of appeals for a writ of mandamus. The court of appeals may issue the writ on the order of a single judge pursuant to circuit rule or the Federal Rules of Appellate Procedure. The court of appeals shall take up and decide such application forthwith within 72 hours after the petition has been filed, unless the litigants, with the approval of the court, have stipulated to a different time period for consideration. In deciding such application, the court of appeals shall apply ordinary standards of appellate review. In no event shall proceedings be stayed or subject to a continuance of more than five days for purposes of enforcing this chapter. If the court of appeals denies the relief sought, the reasons for the denial shall be clearly stated on the record in a written opinion.

(4)Error.—

In any appeal in a criminal case, the Government may assert as error the district court's denial of any crime victim's right in the proceeding to which the appeal relates.

(5)Limitation on relief.—In no case shall a failure to afford a right under this chapter provide grounds for a new trial. A victim may make a motion to re-open a plea or sentence only if—

(A)the victim has asserted the right to be heard before or during the proceeding at issue and such right was denied;

(B)the victim petitions the court of appeals for a writ of mandamus within 14 days; and

(C)in the case of a plea, the accused has not pled to the highest offense charged.

This paragraph does not affect the victim's right to restitution as provided in title 18, United States Code.

(6)No cause of action.—

Nothing in this chapter shall be construed to authorize a cause of action for damages or to create, to enlarge, or to imply any duty or obligation to any victim or other person for the breach of which the United States or any of its officers or employees could be held liable in damages. Nothing in this chapter shall be construed to impair the prosecutorial discretion of the Attorney General or any officer under his direction.

(e)Definitions.—For the purposes of this chapter:

(1)Court of appeals.—The term "court of appeals" means—

(A)the United States court of appeals for the judicial district in which a defendant is being prosecuted; or

(B)for a prosecution in the Superior Court of the District of Columbia, the District of Columbia Court of Appeals.

(2)Crime victim.—

(A)In general.—
The term "crime victim" means a person directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia.
(B)Minors and certain other victims.—
In the case of a crime victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardians of the crime victim or the representatives of the crime victim's estate, family members, or any other persons appointed as suitable by the court, may assume the crime victim's rights under this chapter, but in no event shall the defendant be named as such guardian or representative.
(3)District court; court.—
The terms "district court" and "court" include the Superior Court of the District of Columbia.
(f)Procedures To Promote Compliance.—
(1)Regulations.—
Not later than 1 year after the date of enactment of this chapter, the Attorney General of the United States shall promulgate regulations to enforce the rights of crime victims and to ensure compliance by responsible officials with the obligations described in law respecting crime victims.
(2)Contents.—The regulations promulgated under paragraph (1) shall—
(A)designate an administrative authority within the Department of Justice to receive and investigate complaints relating to the provision or violation of the rights of a crime victim;
(B)require a course of training for employees and offices of the Department of Justice that fail to comply with provisions of Federal law pertaining to the treatment of crime victims, and otherwise assist such employees and offices in responding more effectively to the needs of crime victims;
(C)contain disciplinary sanctions, including suspension or termination from employment, for employees of the Department of Justice who willfully or wantonly fail to comply with provisions of Federal law pertaining to the treatment of crime victims; and
(D)provide that the Attorney General, or the designee of the Attorney General, shall be the final arbiter of the complaint, and that there shall be no judicial review of the final decision of the Attorney General by a complainant.
(Added Pub. L. 108–405, title I, § 102(a), Oct. 30, 2004, 118 Stat. 2261; amended Pub. L. 109–248, title II, § 212, July 27, 2006, 120 Stat. 616; Pub. L. 111–16, § 3(12), May 7, 2009, 123 Stat. 1608; Pub. L. 114–22, title I, § 113(a), (c)(1), May 29, 2015, 129 Stat. 240, 241.)

42 U.S. Code § 408 - Penalties

(a)In general
Whoever—
(1)for the purpose of causing an increase in any payment authorized to be made under this subchapter, or for the purpose of causing any payment to be made where no payment is authorized under this subchapter, shall make or cause to be made any false statement or representation (including any false statement or representation in connection with any matter arising under subchapter E of chapter 1, or subchapter A or E of chapter 9 of the Internal Revenue Code of 1939, or chapter 2 or 21 or subtitle F of the Internal Revenue Code of 1954) as to—
(A)whether wages were paid or received for employment (as said terms are defined in this subchapter and the Internal Revenue Code), or the amount of wages or the period during which paid or the person to whom paid; or
(B)whether net earnings from self-employment (as such term is defined in this subchapter and in the Internal Revenue Code) were derived, or as to the amount of such net earnings or the period during which or the person by whom derived; or
(C)whether a person entitled to benefits under this subchapter had earnings in or for a particular period (as determined under section 403(f) of this title for purposes of deductions from benefits), or as to the amount thereof; or
(2)makes or causes to be made any false statement or representation of a material fact in any application for any payment or for a disability determination under this subchapter; or
(3)at any time makes or causes to be made any false statement or representation of a material fact for use in determining rights to payment under this subchapter; or

(4)having knowledge of the occurrence of any event affecting (1) his initial or continued right to any payment under this subchapter, or (2) the initial or continued right to any payment of any other individual in whose behalf he has applied for or is receiving such payment, conceals or fails to disclose such event with an intent fraudulently to secure payment either in a greater amount than is due or when no payment is authorized; or

(5)having made application to receive payment under this subchapter for the use and benefit of another and having received such a payment, knowingly and willfully converts such a payment, or any part thereof, to a use other than for the use and benefit of such other person; or

(6)willfully, knowingly, and with intent to deceive the Commissioner of Social Security as to his true identity (or the true identity of any other person) furnishes or causes to be furnished false information to the Commissioner of Social Security with respect to any information required by the Commissioner of Social Security in connection with the establishment and maintenance of the records provided for in section 405(c)(2) of this title; or

(7)for the purpose of causing an increase in any payment authorized under this subchapter (or any other program financed in whole or in part from Federal funds), or for the purpose of causing a payment under this subchapter (or any such other program) to be made when no payment is authorized thereunder, or for the purpose of obtaining (for himself or any other person) any payment or any other benefit to which he (or such other person) is not entitled, or for the purpose of obtaining anything of value from any person, or for any other purpose—

(A)willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person; or

(B)with intent to deceive, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person; or

(C)knowingly alters a social security card issued by the Commissioner of Social Security, buys or sells a card that is, or purports to be, a card so issued, counterfeits a social security card, or possesses a social security card or counterfeit social security card with intent to sell or alter it;

(8)discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; or

(9)conspires to commit any offense described in any of paragraphs (1) through (4),

shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both, except that in the case of a person who receives a fee or other income for services performed in connection with any determination with respect to benefits under this subchapter (including a claimant representative, translator, or current or former employee of the Social Security Administration), or who is a physician or other health care provider who submits, or causes the submission of, medical or other evidence in connection with any such determination, such person shall be guilty of a felony and upon conviction thereof shall be fined under title 18, or imprisoned for not more than ten years, or both.

(b)Restitution

(1)Any Federal court, when sentencing a defendant convicted of an offense under subsection (a), may order, in addition to or in lieu of any other penalty authorized by law, that the defendant make restitution to the victims of such offense specified in paragraph (4).

(2)Sections 3612, 3663, and 3664 of title 18 shall apply with respect to the issuance and enforcement of orders of restitution to victims of such offense under this subsection.

(3)If the court does not order restitution, or orders only partial restitution, under this subsection, the court shall state on the record the reasons therefor.

(4)For purposes of paragraphs (1) and (2), the victims of an offense under subsection (a) are the following:

(A)Any individual who suffers a financial loss as a result of the defendant's violation of subsection (a).

(B)The Commissioner of Social Security, to the extent that the defendant's violation of subsection (a) results in—

(i)the Commissioner of Social Security making a benefit payment that should not have been made; or
(ii)an individual suffering a financial loss due to the defendant's violation of subsection (a) in his or her capacity as the individual's representative payee appointed pursuant to section 405(j) of this title.
(5)
(A)Except as provided in subparagraph (B), funds paid to the Commissioner of Social Security as restitution pursuant to a court order shall be deposited in the Federal Old-Age and Survivors Insurance Trust Fund, or the Federal Disability Insurance Trust Fund, as appropriate.
(B)In the case of funds paid to the Commissioner of Social Security pursuant to paragraph (4)(B)(ii), the Commissioner of Social Security shall certify for payment to the individual described in such paragraph an amount equal to the lesser of the amount of the funds so paid or the individual's outstanding financial loss, except that such amount may be reduced by the amount of any overpayments of benefits owed under this subchapter, subchapter VIII, or subchapter XVI by the individual.
(c)Violations by certified payees
Any person or other entity who is convicted of a violation of any of the provisions of this section, if such violation is committed by such person or entity in his role as, or in applying to become, a certified payee under section 405(j) of this title on behalf of another individual (other than such person's spouse), upon his second or any subsequent such conviction shall, in lieu of the penalty set forth in the preceding provisions of this section, be guilty of a felony and shall be fined under title 18 or imprisoned for not more than five years, or both.

(d)Effect upon certification as payee; definitions
Any individual or entity convicted of a felony under this section or under section 1383a(b) [1] of this title may not be certified as a payee under section 405(j) of this title. For the purpose of subsection (a)(7), the terms "social security number" and "social security account number" mean such numbers as are assigned by the Commissioner of Social Security under section 405(c)(2) of this title whether or not, in actual use, such numbers are called social security numbers.

(e)Application of subsection (a)(6) and (7) to certain aliens
(1)Except as provided in paragraph (2), an alien—
(A)whose status is adjusted to that of lawful temporary resident under section 1160 or 1255a of title 8 or under section 902 of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989,
(B)whose status is adjusted to that of permanent resident—
(i)under section 202 of the Immigration Reform and Control Act of 1986, or
(ii)pursuant to section 1259 of title 8, or
(C)who is granted special immigrant status under section 1101(a)(27)(I) of title 8,
shall not be subject to prosecution for any alleged conduct described in paragraph (6) or (7) of subsection (a) if such conduct is alleged to have occurred prior to 60 days after November 5, 1990.
(2)Paragraph (1) shall not apply with respect to conduct (described in subsection (a)(7)(C)) consisting of—
(A)selling a card that is, or purports to be, a social security card issued by the Commissioner of Social Security,
(B)possessing a social security card with intent to sell it, or
(C)counterfeiting a social security card with intent to sell it.
(3)Paragraph (1) shall not apply with respect to any criminal conduct involving both the conduct described in subsection (a)(7) to which paragraph (1) applies and any other criminal conduct if such other conduct would be criminal conduct if the conduct described in subsection (a)(7) were not committed.
(Aug. 14, 1935, ch. 531, title II, § 208, 49 Stat. 625; Aug. 10, 1939, ch. 666, title II, § 201, 53 Stat. 1362, 1372; Aug. 28, 1950, ch. 809, title I, § 109(c), 64 Stat. 523; Sept. 1, 1954, ch. 1206, title I, § 111(b), 68 Stat. 1085; Pub. L. 85–840, title III, § 310, Aug. 28, 1958, 72 Stat. 1034; Pub. L. 86–778, title II, § 211(m), Sept. 13, 1960, 74 Stat. 958; Pub. L. 92–603, title I, § 130(a), Oct. 30, 1972, 86 Stat. 1359; Pub. L. 94–455, title XII, § 1211(a), (d), Oct. 4, 1976, 90 Stat. 1711, 1712; Pub. L. 97–123, § 4(a), (b), Dec. 29, 1981, 95 Stat. 1663, 1664; Pub. L. 98–369, div. B, title VI, § 2663(a)(5), July 18, 1984, 98 Stat. 1162; Pub. L. 98–460, § 16(c)(2), Oct. 9, 1984, 98 Stat. 1811; Pub. L. 100–690, title VII,

§ 7088, Nov. 18, 1988, 102 Stat. 4409; Pub. L. 101–508, title V, §§ 5121, 5130(a)(1), Nov. 5, 1990, 104 Stat. 1388–283, 1388–289; Pub. L. 103–296, title I, § 107(a)(4), title III, § 321(a)(12), Aug. 15, 1994, 108 Stat. 1478, 1536; Pub. L. 106–553, § 1(a)(2) [title VI, § 635(c)(2)(1), (2)], Dec. 21, 2000, 114 Stat. 2762, 2762A–117; Pub. L. 106–554, § 1(a)(4) [div. A, § 213(a)(6)], Dec. 21, 2000, 114 Stat. 2763, 2763A–180; Pub. L. 108–203, title II, § 209(a), Mar. 2, 2004, 118 Stat. 513; Pub. L. 114–74, title VIII, § 813(a)(1), (b)(1), Nov. 2, 2015, 129 Stat. 602, 603.)

18 U.S. Code § 242 - Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Plaintiff brings this suit Pursuant to Title 42 U.S. Code s 1983 for violations of certain protections guarenteed to me by the First, Fifth, Eigth, Ninth and Fourteenth Amendments of the Federal Constitution., by the Defendants under color of law in his/her capacity as a judge in the District/Family Court of Clark County and Government Officals of Nevada entrusted with protecting the citizens and victims of crimes. Every person who, under color of any statue, ordinace, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privledges, or immunites secured by the Consitution and laws, shall be liable to the party injured in an action at law, suite in equity, or other proper proceedings for redress. Title 42 U.S.C. Section 3631 makes it unlawful for any individual(s), by the use of force or threatened use of force, to injure, intimidate, or interfere with (or attempt to injure, intimidate, or interfere) with any persons housing rights because of that person's race, color, sex, handicap, familil status, or national orgin. All Defendants have denied me of this right to the sale, purchase or renting of my dwelling, the occupation of my dwelling, the financing of my dwelling, contracting or negotiating for any of the rights enumerated  previously and applying for or participating in any service, organization, or facilty relating to the sale or rental of dwellings. Under the 14th Amendment Defendants have permitted Ex Parte attachment in which they are allowing seizure of my home without a hearing, depriving me of my property without due process, which violates the Fifth Amendment as well as the Fourteenth Amendment.The Fourteenth Amendment (1868) promises that I would receive equal protection of laws, in which I reported the crimes to LVMPD 3 separate occassions and was denied the right of a prosecuting attorney.  Article III of the Us Constitution gives me the right to Trail By Jury in criminal cases, in which Pursuant to NRS 205.372 I am a victim of Mortgage Fraud in which Pursuant to NRS 205.372 (a) (b) (d) (e ) makes all Defendants guilty of the crime of Mortgage Fraud for their concealment, in which they have no immunity to violate my civil rights or deny me protection under the law.Pursuant to NRS 205.372 (5) when I reported the Mortgage the Attorney Genersals office and Arron Ford in June 2018, June of 2020, and again in Novemeber 2020 he should have acted and provided me with a Prosecution Attorney as I was clearly a victim of Mortgage Fraud and Forgery. Pursuant to NRS 205.170 Defendants were given an Expert Opinion proving forgery in which they all knowingly concealed this information, therefor making them also guilty of forgery. Pursuant to Title 18 U.S.C. 242 all Defendants engaged in this violation  and should be subjected monetary fines and a term of imprisonment up to life in prison or even the death sentence. This law further prohibits a person acting under the color of law, staue, ordinance, regulation or custom willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his or her color or race. Acts under "Color of Law" include acts not only done by  federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond bounds of their lawful authority; provided that , in order for unlawful acts of any offical  to be done under "color of law, " the unlawful acts must be done while such offical is purporting or pretending to act in the proformance of his/her official duites. Including Law Enforcement, Mayors, Judges, any person bound by law, statues ordinances, or customs. Pursuant to Title 42 U.S.C. Section 14141 all defendants have shown a pattern and practice  of misconduct and have deprived me of rights, privledges, andimmunites secured and protected by the Consitution of the United States. Pursuant to Title 42 U.S.C. 14141 the Attorney General was given reasonable cause to believe that all viloations reported to him had occurred, and knowingly concealed Mortgage Fraud, Forgery, Legal Mal Practice, and Judical Misconduct, and refused to file civil action on my behalf for the crimes committed against me and my property. Misconduct was reported to Nevada Attorney General multiple times in which he took no action. Pursuant to Article III Section 2 3: of the Constitution  all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trail shall be held in the State where the said Cromes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed. Pursuant to Article IV Section 2, the citizens of each State shall be entitled to all Privileges and Immunites of Citizens in the several States. Pursuant to Article VI 3: The Senators and Representatives before mentioned, and Members of the several State Legislatures, and all executive and judical Officers, both of the United States and of the several States, shall be bond by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States. Article II Section 4

provides for the removal of federal officers for conviction of bribery, high crimes or misdemeanors, as all defendants have knowingly concealed Mortage Fraud, Forgery, and Grand Larceny. Article III Section 1 Title 28 of US Code describes judical powers, in which each defendant has gone outside of their judical powers . The US Constitution grants Federal Courts with Criminal Contempt and civil contempt powers. The Court may imprison for contumacy, bad-faith litigation. The Constitution expressivly authorizes judical review, in which I filed tow cases of judical review, and both Defendants Jim Crockett and Treavor Atkins have refused to hear the complaints concerning the concealment of Mortgage Fraud, Forgery, Grand Larceny, by Attorney Generals Office and Nevada State Bar. Amendment 1 of the Constitution allows me Freedom to Petition & Assemble. In which Rena Hughes has violated my Constitutional right, by ordering me to pay legal fees in retaliation for filing for divorce and demanding justice be served by filing petitions to the government for justice. Pursuant to the Eigth Amendment, the Constitution forbids imposition of excessive fines and protects against cruel and unusual punishment. Rena Hughes knowing of the Mortgage Frauddd Forgery, and Legal Mal Practice of Shumway Van and Jennings and Fulton awared them excessive legal fees allowing them to Pursuant to NRS 205.320 Rena Hughes was notifed of Mortgage Fraud in December 2018 through my Legal Seperation filing in which she heard this matter on Feburary 13, 2019 and allowed Chris Tillman and Grayson Moulton, to consolidate the cases, refusing my right to be heard, and allowing them to continue to Extort  Legal fees and continue to litigate this matter as community property instead of issuing a Prosecuting Attorney because I was a victim of a crime. Pursuant to NRS 205.330 Title was fraudulently Conveyed into Bobby Antee's name on 1.17.2018, after I canceled the purchase and did not attend the closing.  Pursuant to Crime Victims' Rights Act 18 U.S.C. 3771 (A) the following rights were denied to me by all Defendants (1) The right to be reasonably protected from the acused, in which All Defendants forced me not only to litigate on my own behalf, they allowed Grayson Moulton, Garrett Chase, Michael Van, Jared Jennings, Logan Willson, and Adam Fulton to continue to harrass me through litigation in which LVMPD denied me of my consitutional rights as a victim of a crime, to (2) the right to reasonable, accurate, and timely notice of any public court proceeding or any parole proceeding (3) The right to not be excluded from any suuuublic court proceeding, in which Treavor Atkins, Elizabeth Gonzalez, Rena Hughes, Mary Kay Holthus, Rob Bare have all entered orders without holding hearings in which I can offer an argument on my own behalf. (4) All defendants have taken away my right to be heard. I was denied the right to confer with the attorney for the Government in the case. (5) I have been denied the right to full and timely restitution as provided by law. It is a fact that my named was forged by Nikki Sikalis Bott on 1.17.2020, It is a fact that on 1.15.2018, I canceled in writing to Realtor Linda Naw in which she continued to hold a closing behind my back and falsey conveyed title into Bobby Antee's name. Pursuant to NRS 205.355 Bobby Antee knwoingly received conveyance and now Grayson Moulton is attempting to Fraudulently sell my home again without my due process of law and makes him guilty of a class D felony. Rena Hughes, then allowed Grayson Moulton to continue to harrass and stalk me through vextuious litigation. When I submitted the Legal Seperation docs to Rena Hughes case # D-18-581756-S Rena Hughes knowingly concealed Mortgage Fraud and acording to the Rules of Judical Conduct Rule 2.15 (B) (c) should have reported the Legal Mal Practice of Shumway Van, Garret Chase, and Grayson Moulton, for filing complaints frivously to embezzel legal fees they did not earn and filing the complaint after Garrett Chase submitted documentation to GLVAR of Mortgage Fraud. Escrow Agent Nikki Sikalis Bott who aslo acted as the Excrow Agent notarized her own document forging my name to a Quit Claim Deed. This was submitted to me by GLVAR, Jennings and Fulton, Shumway Van, Bobby Antee, and Linda Naw through Respondant Docs. Pursuant to NRS 240.120 Nikki Sikalis Bott is required to submit her journal unpon request to the Secretary of State, in which she failed to do. The Secretary of State was notified of the Mortage Fraud and Forgery in December of 2018, in which I provided then with clear and concise evidence of Mortgage Fraud, and Forgery in which the Secretary of State, and GLVAR ignored the fact that Nikki Sikalis Bott acted out of capacity by forging my name and notarizing a document that she stood to financially benefit from. Pursuant to NRS 240.060 Realtor Linda Naw, National Title Company, ERA Brokers, Valley West Mortgage should have ensured Bobby Antee knew what he was signing and the ramifications of siging and committing fraud pursuant to NRS 240.075 (1) (2) (3) the LVMPD, encouraged Bobby Antee to commit fraud by allowing the litigation to continue and refusing to make an arrest to protect me from those who victimized me. All Defendants have denied my right to

full and timely restitution as provided by law. Shumway Van, Grayson Moulton, Garrett Chase, Bobby Antee, and Linda Naw have delayed litigation to conceal the crimes they committed. I was only married to Bobby Antee for 1 month, we married to protect my interest in the home. The agreement was that I would help with the downpayment of the home as long as both of us would be listed on the title of the home. I signed 3 gift letters with the belief I would be listed on the title of the home. Pursuant to NRS 205.125 (1) a person who willfully signs the name of another is guilty of a class D felony. All defendants were provided with clear and concise evidence of Nikki Sikalis Bott acting as the Notary and Escrow Agent, the fact that she also did not produce her journal, and the contradicting tesitmonies of Linda Naw and Bobby Antee and all Defendants refused to follow the law and prosecute those who victimized me, instead they allowed the harrassment, threats, and abuse to continue violating my rights as a victim of a crime. I was denied my right to proceedings free from unreasonable delay, in which Rena Hughes alllowed unnessary litigation to continue for two additional years after being notified of the Mortage Fraud and Forgery. Pursuant to NRS 205.265 Grayson Moulton, Garrett Chase, Logan Willson, Adam Fulton, Jared Jennings, and Michael Van, litigated case D-18-573154-D as community property in which Commssion or part ownership is not a defense for Larceny committed by Bobby Antee to obtain the home. Rena Hughes was provided with proof of NRS 205.330 Fraudulent Conveyance by Bobby Antee and the concealment of this by all defendants, NRS 205.355 knowingly receiving fraudulent conveyance by Bobby Antee and the concealment of this crime by all defendants, NRS 205.370 swindling credit by false representations by Bobby Antee and knowingly concealed by all defendants, NRS 205.377 Multiple Transactions involving fraud deceit in course of enterprise by all defendants, NRS 205.380 Obtaining money, property, rent by false pretenses in which Adam Fulton, Logan Willson, and Jared Jennings took $16000 in legal fees to litigate over a instrument they knew to be invalid at retention. Jennings and Fulton LTD never had any intention on providing me with a proper defense, but intended to defraud and harm me. Shumway Van, Garrett Chase, and Grayson Moulton has continued to harrass me through endless litigation to conceal the crimes they have committed and the crimes of their clients. Shumway Van is representing Realtor Linda Naw since December of 2018 when they submitted proof of Mortgage Fraud through Respondant docs, Shumway Van also represented Bobby Antee over the same matter, in which Pursuant to NRS 205.095 (2) (3) makes them guilty of forgery for attempting to pass the forged deed as a true instrument. Grayson Moulton has now filed in Rena Hughes court for legal fees for harrassment and unnessarily litigating over an invalid deeed, in which Rena Hughes granted him attorney fees he was not entitled to which pursuant to NRS 205.222 is grand larceny , in which Rena Hughes is trying to order the sale of my home and derpive me of restitution, damages, and justice im entitled to. Pursuat to NRPC Rule 1.7 (a) (b) (2) (b) (3) Shumway Van imposed a clear conflict of interest in their representation of both Bobby Antee and Linda Naw, even after Legal Malpractice was filed against Shumway Van, they continued to represent both clients to conseal the crimes of their clients, ERA Brokers and National Title Company. I reported the conflict of interest to all defendants, in which they continued to take no action to ensure I was safe or receiving justice. All Defendants allowed Shumway Van and Jennings and Fulton to conspire with Lipson Neilson who was defending the Title company and use the fabricated ruling from Rena Hughes to ensure I got no justice.Pursuant to NRS 205.390 Obtaining signature by false pretense, Realtor Linda Naw got me to sign gift letters with the belief I would be listed on Title of the home. When  I did not come to the closing and did not want the home, Linda Naw utilized the gift letters to close without my knowledge. NRS 205.395 False Representation concerning title, in which Linda Naw, National Title Company, and Valley West Mortgage all misrepresented to me in that I would be listed on the title of the home since I was married to Bobby Antee and the home was being purchased with my sole and separate property, NRS 205.405 Falsifying Accounts all Defendants knowingly allowed the Title to my home to remain slandered when they all had clear and concise information of Mortgage Fraud, Forgery and Grand Larceny. Rena Hughes has had ex parte communications with all defendants, as she has tried to minipulate her ruling to allow the other judges to use her ruling to throw out my claims. I filed an appeal in which it has not been heard, and Rean Hughes and Grayson Moulton continue to attack and harras me into the forced sell of my home. I went back to LVMPD where I was denied my right to justice, and then threatened to leave by prosecution. Pursuant to the Rules of the County Recorder, when I notified Debbie Conway of the fraud and forgery, she should have acted and reported the crimes to the District Attorney in which she also knowingly concealed the crimes and attempted to force the

sale of my home and deny my right to the due process of Lis Pendens. Pursuant to NRS 598D.130 the attorney General should have filed a civil suit on my behalf and provided pro bono counsel, in which he denied me of that right, and allowed those who victimized me to continue to harrass, stalk, and threaten my constitutional rights. By issuing this ruling, the court unjustly denied me of restitution and punative damages that would have possibly remedied the harm caused by such criminal judical acts and further victimized me by awarding attorney fees to my lawyers who purposly lost my cases,a nd to Bobby Antee's lawyers who have harrassed and extorted legal fees from me. Rena Hughes then awarded Bobby Antee damages that he did not suffer and can provide to evidence to support her findings of law. Rena Hughes then allowed Grayson Moulton to submit fabricated Tax Documents, then awarded Bobby Antee that amount, in which i verified with the IRS is not a valid debt and Bobby Antee knowingly at the advice of Grayson Moulton sent it to be recorded at the IRS knowing that it was fabricated and untrue a violation of NRS 205.100 (1) All Defendants have violated NRS 205.110 as they have all tried to pass the forged deed off as true and litigate the matters as community property. In which none of the Defendants especially, Attorney General Aaron Ford, or LVMPD protected me from those who committed crimes to me as the US Constitution provides me as a US citizen. Rena Hughes was notifed of Mortage Fraud in December 2018, this was reported to Secretary of State in December 2018, It was reported to GLVAR 9-11-2018, It was reported to the Police on 4 occassions in which they refused to enforce the law. This was reported to Business and Industry 7-9-2018 in which the complaint was ignored, I then filed the complaint to the attorney general in June 2020 prior to Rena Hughes issuing her fabricated ruling, in which theeettorney Generals office ignored my complaint. I then reported this again to the Attorney General in October 2020, in which he blew me off again and referred me back to the Mortage Division after he was copied on emails, that proved I had already filed the complaint with the Mortage Division, in which they were also concealing the Mortgaeg Fraud and Forgery. I was denied my right to proceedings free from unreasonable delays. (7) in which all judges have violated by constitutional rights by delaying my hearings for months, entering orders without hearing my side, and ignoring clear concise evidence to interfere with intersate commerce. All defendants have violated my  right to be treated with fairness and with respect for the victim's dignity and privacy, in which Rena Hughes, Mary Kay Holthus, and Elizabeth Gonzales knowingly allowed those who committed crimes against me to break the law and knowingly concealed the judical misconduct reported to Mary Kay Holthus and Elizabeth Gonzales by Rena Hughes and knowing her ruling tobe fabricated, placed orders based on her ruling without hearing any evidence. All defendants have viloated my right to be informed in a timly manner of any pleas bargin or defferred prosecution agreement, in which Jennings and Fulton LTD, Logan Willson, Adam Fulton, Chris Tillman, and Jared Jennings did not communicate with me anything they were filing on my behalf, the completed no discovery on my behalf, submitted no witness, and then knowingly removed the evidence out of the trial binder with the help of Rena Hughes, They violated my 6th Amendment right to a fair trial and forced me face the ppeoplewho victimized me, and then let Realtor Linda Naw testify as a witnees for Bobby Antee in which she sat in on the entire trial when I had open litigation with her over this matter in case A-18-786141-C. I had the right to be informed of the rightd under this section and the services decribed in section 503© of Victims Rights and Restitution Act of 1990(42 U.S.C. 10607© ) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice in which I was denied that right by All Defendants. Pursuant to Crime Victim's Rights Act (b) Rights Afforded in any cout proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a) Before making a determination described in subsection (a) (3) the court shall make every effort to permit the fullest attendance possible by the victim and shall consider reasonable alternatives to the exclusion of the victim from the criminal proceedings. Rena Hughes, Mary kay Holthus, Elizabeth Gonzales, Adam Fulton, Logan Willson, Jared Jennings, Grayson Moulton, Garrett Chase, Michael Van, Treavor Atkins, Mark Denton, Jim Crockett, Lenora Muller, Rob Bare, Nevada State Bar, LVMPD, and Deborah Conway all denied might to file criminal charges which would have ensured that i would not have to be faced with the legal proceedings. Their failure to follow the law cased me to have to spend over $30k in legal fees and costs, and once I found out of the Mal Practice of Jennings and Fulton in my representation, I was then forced to learn law, and defend myself against judges who were clearly in violation of Rule 1.1 abusing their position, Rule 2.2 remaining Impartial and fair, Rule 2.3 Bias,

Prejudice, and Harrassment, Rule 2.4 External Influences, Rule 2.6 Ensuring my right to be heard, Rule 2.7 Resonsibilty to Decide, Rule 2.9 Exparte Communications, Rule 2.11 Dsqualification in which I file Fraud on the Court in case D-18-573154-D in which Rena Hughes refused to correct her order and recuse herself, continuing to issue orders based on no law or findings of fact. Elizabeth Gonzales, whoc knew of the Legal Malpractice of Jennings and Fulton and ruled in favor of the Escrow Agent and Title company who forged my name without every hearing my pending motions. Elizabeth Gonzales was also informed of the judical misconduct of Rena Hughes and did not stop or report the acts. Mary Kay Holthus was also informed of the Judical Misconduct of Rena Hughes and Elizabeth Gonzales and took no action nor did she report this to the appropriate authorites. Mary Kay Holthus knowingly attempted to conceal the Mortgage Fraud and Forgery committed by the concealment of facts by Realtor Linda Naw. The Judical Mis Conduct and Legal Mal Practice was then reported to Rob Bare, and Treavor Atkins, and Jim Crockett, in which Treavor Atkins issued a order in favor of Jennings and Fulton, Shumway Van, and Nevada State Bar relieving them of responsibility of the crimes the committed against me without hearing anything or looking at any evidence submitted to him. He then failed to serve me with this information to purposley attempt to block my access to filing an appeal. Rob Bare then received Ex Parte Communications, in which he removed my hearing from calendar and moved it to 2 months away, to allow Rena Hughes and Grayson Moulton to try to force the sale of my home and attach to the proceeds for legal fees they are embezzeling. Pursuant to NRPC my lawyers should have had the competency to suggest a Handwriting Expert at retention in 1/9/2019 to expedite litigation , they never suggested this to purposly harm and defraud me out of the damages and restituion owed to me. Pursuant to Rule 3.4 of NRPC Shumway Van and Jennings and Fulton obstructed my access to evidence an attempted to conceal the evidence of Mortgage Fraud and Forgery. Shumway Van falsified evidence and assited Linda Naw and Bobby Antee in falsifying their testimony and induced Linda Naw with evading prosecution by testifying on the behalf od Bobby Antee, knowing her tesimony to be fabricated. Pursuant to Rule 4.1 Jennings and Fulton and Shumway Van and Lipson Neilson have all knowingly made false statements of material fact violating Rule 4.1 (a) (b) Pursuant to NRPC Rule 4.4 Shumway Van and Jennings and Fulton should have repected my rights and not embarrass, delay, or burden a third person or use methods of obtaining evidence that violate the legal rights of such a person, in wch Logan Willson completed discovery on the behalf of Linda Naw, but completed none on the behalf of me which I was his client. Garrett Chase conspired with Logan Willson to collect messages off my social media in a attempt to embezzel additional legal fees through the frivoulus litigate of case A-18-786141-C. Logan Willson obtained no admissions on my behalf in none of the three cases he was litigating, and submitted none of the evidence given to him over the last two years at trial. Violating Rule 1.4 cummunicating all pleadings and filings to their clients. The actions of the Rena Huges were reported to the Judical Comission in June of 2020, prior to her entering any orders, in which the Judical commisson entrusted in monitoring the actions of the judges, refused to take any action and still has not acted as of today 12.1.2020. They meet on a quaterly bases which means the met in June and October and had clear evidence of the violations of my Constitutional and Civil right and have taken no action to offer the protections I am promised. I have now filed an appeal to the Supreme Court of Nevada also providing very clear evidence of Judical Misconduct, Legal MalPractice, and Fraud. I filed the appeal initally in June of 2020, in which Rena Hughes refused to enter her order until August of 2020, for a trial that was held in Feburary of 2020. I filed the appeal again submitting a motion Pursuant to Rule 8 of the Appleate procedure, producing the Letter from the Expert, and proof of Judical Misconduct and Legal Malpractice, in which the Supreme Court of Nevada jas taken no steps to offer me any protecttion or legal representation I am entitled to as a victim of a crime. Forcing me to file and litigate appeals as a victim of a crime is also a violation of my Eighth Amendment Right to stiff fines in which I have had to pay for 5 appeals at $750 a piece. Had Defendant's LVMPD, Nevada Attorney General, Nevada Secretary of State, or Clark County Recorder followed the laws and protocols in place in their departments, the abuse, embezzelment, extortion, and the deprivation of my rights would have never happened. Pursuant to NRS 240.065 (1) (a) (b)  Nikki Sikalis Bott notarized her own escrow file and that is clearly forbidden. Pursuant to NRS 240.075 (1) (2) (3) (9) Nikki Sikalis Bott calling her neighbor Melanie Treanor, to come to National Tilte company to fraudulently convey title  for Bobby Antee, she also knowingly violated this statue. This was reported to all defendants and all defendants knowingly concealed it, including Nevada Secretary of State Lenora Mulller, who pursuant to NRS 240.150 (1) (2)

(a) Lenora Muller did not require her employer to pay restitution and knowingly concealed the fraud and forgery , to further defraud me and help the Title company and the Escrow agent avoid prosecution. Pursuant to NRS 240.155 (1) Nikki Sikalis Bott notarized my signature without me present. Pursuant to NRS 240.191(1) When Lenora Muller was notifed of the forgery she should have reported it to the Attorney General and failed to do so. Pursuant to NRS 240.330 Lenora Muller should have accessed penalites against Nikki Sikalis Bott  and still has not taken any action and is knowing concealing the second Notary Melanie Treanor and ignoring the complaint submitted to the Nevada Secretary of State reporting two notaries, who are also neighbors. Pursuant to NRS 247.410 (1) (2) (3)Debbie Conway is guilty of misconduct. I reported the Mortgage Fraud and forgery to Debbie COnway County recorder, in which I also gave her a letter from the Handwriting Expert confirming forgery and I also gave her the evidence of the Escrow Agent acting as the notary and the Escrow Agent forging my name. Debbie Conway ignored everything and threatened me, then called Rena Hughes and knowingly concealed mortgage fraud and refused to revoke the deed, which Pursuant to NRS 247.590 she disclosed confidential information about my home to Rena Hughes with the intent to defraud me and should have been imposed a civil penalty pursuant to NRS 247.600 and to date no one has been punished for anything. There for makes her responsible for 3 times the damages i have incurred. All Defendants knowingly made false representation and concealed the crimes committed so pursuant to NRS 247.580 (1) (a) (b) (2) are all guilty of this crime. This was also reported to Nevada Supreme Court Judge Kristina Pickering, in which she refused my right pursuant to Rule 8 of NRAP I filed a motion to Stay Rena Hughes ruling and place and injuction on Rena Hughes from ignoring the law, in which Kristina Pickering refused me that right and continued to allow Rena Hughes and Grayson Moulton to defraud and abuse me. After waiting 5 months for Rena Hughes to hear my motions, Rena Hughes then denied all request so I then filed another stay and an Emergency Motion, in which Kristina Pickering had the obligation to protect me pursuant to NRJC Rule 2.15 in which she too knowingly concealed the mortgage fraud, legal malpractice, and judical misconduct and again left me in dyer danger. Kristina Pickering then refused my right to Legal Counsel, Protection from the accused, and allowd Rena Hughes to continue the illegal sale of my home. Violating my Sixth and Ninth Amendment rights. Kristina Pickering then began recieveing all of my appeals, and ordered a briefing but insisted no exhibits to be sent, so she could agin conceal the crimes committed against me and ensure I receive no justice. I then filed a writ, to the Supreme Court in which Kristina Pickering , again denied instantly and left me again in harms way, refusing my rights promised to me in 18 USC section 3771 (1) Kristina Pickering knowing conceled that Rena Hughes violated my Fifth , Sixth, Seventh, Amendment Rights by hosting my trial with no jury, removing my evidence out of the trial binder, ignoring legal malpractice and judical misconduct, and refusing my right to the due process of law.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

National Title Company on January 17, 2018

B.    What date and approximate time did the events giving rise to your claim(s) occur?

   January 17, 2018 approximently 10:00 am

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I am a victim of Mortgage Fraud in Nevada. I have followed the process for 3 years, to find out that the people entrusted with protecting my community, are also the people who are committing crimes in our community. I lost my son 11/3/2017 to childhood cancer. During his fight he raised $265k through a go fund me. A week prior to him passing an old friend pops up, and 3 weeks after the loss of my son I married him. Prior to the marriage I gave him $26k of my money to put in savings that had high interest. We then began the process of buying a home. I agreed to put down the down payment if we would both be listed on title. The Realtor Linda Naw agreed. I then signed 3 gift letters with the belief we would both be listed on the title. After locating a home and beginning the loan process, I felt uneasy and overwhelmed and canceled the purchase. Instead of canceling, the realtor and my husband held a separate closing, in which I was not present on 1-17-2018. In doing so the Escrow Agent Nikki Sikalis Bott acted also as the notary forging my name to a Quit Claim Deed, and illegally wiring $62k out of my personal account. They then slandered title into only my husband's name. In escrow, they used $8k of my deposit to pay off his student loans, because he really did not qualify. I also later found out that he used my $26k without gift letters to pay credit cards, and other debts. The day after the closing my money was out of my account and I asked for an annulment. We fought for days and I never went to the house until 2 weeks after my husband received the keys, still not knowing I was omitted from title. I spent 5 months in the home with my husband, consisting of mental and emotional abuse on top of the loss of my son, in which I was thrown out, he changed locks, and mocked the death of my son. I would often sleep in my car or at my mother's house to just be away from him. Finally, I checked the assessor's website to find I was not on title. I then confronted Bobby Antee, in which I recorded the conversation, in which he stated he did not know I was not on title. I immediately retained a attorney, Chris Tillman, in which I explained that I canceled the sale of the home, and they closed without my knowledge and omitted me from Title. I also explained to him that I also had him sign a letter of agreement before I issued the last gift letter, to again protect myself from losses. Chris Tillman stated because of the wording in my Letter of Agreement and using the word divorce, that I had to file for divorce for it to be vailed. Which I know now to be a lie. I was married only 6 months, in which the marriage was based on fraud, so I was entitled to annulment and Quiet Title. I attempted to file my first police report with LVMPD, in which I told them of the fraud, and the refused to take the report, stating that it was a marital issue. Which I know now to be a lie. Being that Bobby Antee was part of the fraud and knowingly fraudulently accepted conveyance he had no interest in the home. Bobby Antee then called Linda Naw when I asked for a divorce, in which Linda Naw sent Bobby Antee to Shumway Van LTD her lawyers to conceal the fraud. He went from apologetic to now trying to steal even more money from me through the false litigation of a divorce. Chris Tillman and Grayson Moulton with Shumway Van then conspired together to litigate a contested divorce arguing the home was community property, Bobby Antee and myself had no children in common, no community property outside of the home, in which I solely paid for unknowingly. I then went to the first hearing on my own in which I won exclusive possession solely responsible for all Mortgage Payments and bills from the home, and Rena Hughes, told Bobby Antee she would not split my estate for 4 months of marriage. Chris Tillman then took over my case and never suggested a Handwriting Expert, he simply did nothing for months and ignored me. He then missed two court dates and continued them stating he needed more time to prepare. I then fired Chris Tillman and began litigating on my own. During that time, I began filing complaints to report the Realtor, Linda Naw, as she was the only person, I had communications with. I never went to the lender, no one ever ran my credit, Linda Naw was my only contact. So that is who I reported. I filed a complaint with GLVAR (Greater Las Vegas Association of Realtors) on 9-11-2018 to the Ethics Commission, in which they opened a investigation. After weeks of waiting for them to respond, they told me Linda Naw did nothing wrong and I was not part of the sale. I then appealed that decision. I also filed a complaint with NRED (Business and Industry) with Daryl McCloskey, where he also opened a complaint on 7-9-2018, in which he states he investigated and closed it stating no one did anything wrong. I also appealed this decision, in which my appeal was never addressed, and no management ever called me back. When GLVAR responded with the appeal information, the sent me Respondent Docs #18343E which contained a response from Linda Naw, Garrett Chase with Shumway Van, and Bobby Antee. In those respondent docs I received statements from Bobby Antee, Linda Naw, and Garret Chase, in which they all submitted statements that were fabricated and untrue. This was also the first time I heard Bobby Antee change his story, and they also submitted a Quit Claim Deed with

my signature Forged on it. I knew instantly that this was fraud and forgery, and I was concerned about Bobby Antee selling my home without my knowledge. So, I then filed for Legal Separation to again attempt to protect myself and my sole and separate property and a hearing was set. Chris Tillman then called me and explained that I really needed a lawyer and should go in on my own. I agreed to have him help on the Legal Separation hearing , on 2-13-2019 Rena Hughes held a hearing for Separate Maintenance where I submitted Exhibits which included 301 pages and 65 exhibits with all the evidence of mortgage fraud, concealment, and abuse. Chris Tillman told me not to attend the hearing in which I decided to attend anyways. When I got to the court room on time, I was then made to wait outside for 45 mins because Chris Tillman was not there. When Chris Tillman arrived, Rena Hughes began the hearing and refused to let me speak. Chris Tillman argued nothing in my motion, but consolidated the Legal Separation into the Divorce, concealing the Mortgage Fraud. I then informed Chris Tillman of Bobby Antee refusing to give me any access to the home, bills, or insurances, even though it was ordered by Rena Hughes to do so. Chris Tillman refused to file contempt stating that he would address everything at trial. After finding out about the forged deed, I also filed for an injunction, because I was fearful, he would sell my home without me knowing. Rena Hughes granted the Injunction, and Grayson Moulton, Chris Tillman continued to conspire to conceal the Mortgage Fraud and unjustly enrich through embezzled legal fees litigating this divorce. Rena Hughes then knowingly allowed them to continue to litigate and try to force me into a settlement, by ignoring all the information given to her in the Legal Separation Docs.

After finding out about the Mortgage Fraud and that there was forged Quit Claim Deed, I then went to LVMPD to again file a police report and report the Escrow Agent who notarized her own file. The report was taken, and a week later a woman "Detective Wilson" called and basically told me I signed it and not to file false police reports and closed the case. I tried to explain to her that it was fraud and I did not sign it, providing her with my Nevada Government ID, that was issued 12/26/2017 weeks prior to the signing that read my new married name "Lindsey Antee". Proving that my ID was surrendered to Nevada DMV so was impossible to be used at the signing. I also reiterated that Nikki Bott and Nikki Sikalis were the same person, in which she forged my name. I was told that was not enough evidence. So I then sent text messages and emails, again proving the breach of contract and Mortgage Fraud. Detective Wilson refused to do anything and hung up on my face. I then called internal affairs and again reported Detective Willson and told them of the Forgery and Fraud, in which they also said they would take no action, and my last option would by Community Review Board, which I know now to be a lie.

Once I began filing complaints after learning of the Mortgage Fraud, Linda Naw and Shumway Van filed a frivolous defamation case, because I began leaving reviews on her work on her Brokers page and review pages. Garrett Chase filed this complaint on 12/17/2018 suing me for $80k, after submitting clear and concise evidence of Mortgage Fraud, knowing that my only dealings were with Linda Naw, as I have never met Nikki Sikalis Bott. When I was served with the complaint from Linda Naw and Shumway Van, I began looking for a civil lawyer. I asked Chris Tillman if he could help me by attending the hearing Set at GLVAR but was canceled once Linda Naw filed the complaint. Chris Tillman insisted the home was community property and I would need to come to a settlement with Bobby Antee. So I sought a civil real estate attorney, which led me to Jennings and Fulton Ltd. On 1/9/2019 I met with Adam Fulton, and I explained the Mortgage Fraud, what I already filed, and that Shumway Van was litigating on the behalf of Bobby Antee and Linda Naw conspiring to conceal their crimes. I told him that the Notary acted as the Escrow agent as well and to counter with all people who attended the closing. I signed one retainer for case A-18-786141-C and paid Adam Fulton $5000 retainer. Adam Fulton then introduced me to Logan Willson, in which most of my conversations were all with Logan. I also copied Logan on all emails to Government agencies, and I also brought him a hard copy of the Legal Separation Exhibits submitted a month prior. Logan then answered the complaint submitted by Linda Naw, but never submitted to me for approval and I know now he removed me from all service contacts in all cases. Logan Willson began to express frustration in litigating the civil matter being that Chris Tillman wasn't communicating with, them and Grayson Moulton would also not cooperate. So after paying Chris Tillman $4000, I again let him go and let Jennings and Fulton take over the divorce proceedings. Logan Willson then convinced me that Jared Jennings handled family law and would be willing to help with that matter. I just wanted this all to

come to an end, so I retained Jared Jennings with a retainer of $3000. Jared Jennings never produced a retainer agreement for case D-18-573154-D. My new trial date was about a month away, but Jared explained that Chris Tillman had done nothing for the entire time, and he needed time to prepare, so they again moved my trial date. When I retained Adam Fulton I showed him the Forged Quit Claim, so he knew it was not a valid instrument, but continued to litigate the matter as community property in the end embezzling $16k in legal fees from me over the next 1 ½ years. During this time, I was repeatedly lied to about what I was entitled to and the knowingly did not name anyone else in their countermotion. Logan Willson then began conducting discovery on the behalf of Ms. Naw. I asked him many times, why I could not simply annul and how can someone commit a crime and then have full control of my assets, he again kept ling about community property laws and helped counsel the mortgage fraud, wire fraud, and abuse I was suffering. I continued filing complaints and keeping my counsel up to speed my copying them on reports to Nevada Secretary of State, LVMPD, GLVAR, and NRED, FBI, Attorney Generals Office, Bond Companies, and all other complaints, yet they never once advocated on my behalf when each agency failed to process my complaints and hold those who victimized me accountable, in fact I believe they ran interference each time to prevent anyone from properly filing their reports. This went on for a year and a half until we finally got to trail on February 7,2020. Almost 2 years after I filed for divorce, we finally went to trial. Prior to trial Adam Fulton, Logan Willson, and Jared Jennings tried to force me into settlements, in which I refused. I simply wanted justice. After a year, I also finally convinced Adam Fulton to file a complaint against the Notary. On 1/7/2020 Adam Fulton filed "Negligence" stating my claims were less than $15k and sent it straight to arbitration, the actual complaint was not given to me until later. Logan Willson then called me and said that we had a arbitration hearing for case A-20-808737-C in which I was instantly furious, and asked how it got to arbitration when my damages were already about $30k and Linda Naw was suing me for $80k. Adam Fulton said that I was not entitled to anything more than what I put into it. Adam Fulton said I could not "Double Dip" so if I recovered my $80k in the divorce, I would no longer have claims against the Title company.

We then went to trial for the divorce on 2/7/2020, the evening prior, I went to Jennings and Fulton where I prepared with Jared Jennings and Logan Willson, they showed me a pre trial memorandum that included all my allegations and evidence, including the exhibits from the Legal Separation filing in 12/2018. I submitted photos of damaged property, text messages, emails, liens, doctor bills, and police reports. Adam Fulton then came into Jared's office and told me it was a closed trial and that I could not have any people attend to support me. He also stated that you could not impeach testimony in family court, and not to speak unless I was asked a question. I felt prepared and I had waited 2 years for this day for a marriage that only lasted a few months. The trial lasted 2 days in which Realtor Linda Naw testified for 5 hours taking up the first whole day, with questions that did not address anything of substance. Jared or Logan never asked her why I wasn't on the title, or if she ever agreed to put me on the title. Linda Naw did lie and say she had gift letter for the debts in which she did not. There after I testified, in which Logan Wilson and Jared Jennings asked a multitude of questions and never referred once to the evidence that proved my statements. I felt like the first day went well, Linda Naw was caught lying and her story was different now from the respondent docs submitted from GLVAR, which I included in the Legal Separation Exhibits. Adam Fulton then called me and again tried to force me into settlement with National Title Company and Nikki Sikalis Bott. He insisted the best I could get legally was $5000, in which I told him that didn't even cover my legal fees. I also asked Adam if he could help me find the Bond of Nikki Bott, in which he told me he did not know how to find it. So I found it myself, and the day I was finally going to believe then that I had no damages and claims and sign the settlement, I got the bond info for Nikki Bott, so I told him I wouldn't sign it I wanted to go after the bond. Adam proceeded to send me drafts of the Settlement Agreements, in which they stated I did sign the Quit Claim and by signing it I would also release Linda Naw of responsibility I immediately refused.  The second day of trial was held on 2/12/2020, in which it also lasted all day. Linda Naw testified again even with open litigation over this matter. After she was done testifying, she then sat in the gallery and watched the rest of the hearing with 4 of her friends. Bobby Antee also had his friend and father, and because of the advice of Adam Fulton, Logan Wilson, and Jared Jennings, I had no one to support me. They submitted none of my witnesses. At lunch , Jared Jennings then insisted we go eat, so he drove all the way downtown and ordered a meal as I frantically looked through my

phone to find evidence to disprove the lies being told at trial. After a hour, I got a call from the deputy in which we were late returning, I then ran back to the court house and I then waited 30 more minutes for Jared to return. When he returned, he simply shrugged his shoulders and blew it off. The trial resumed where Bobby Antee then began to testify for maybe 20 mins, where he was also not asked any questions of substance, but did admit I was not at the Lender at any point, he made the choice to pay off debts with my $26k to get into the home. He admitted I canceled the home and told him to cancel again after he got the keys and he refused. The trail ended and we were then told it would be two weeks and we would get the ruling. Jared Jennings, Logan Willson and Grayson Moulton, then stipulated to remove my Exhibit 6 (Legal Separation Docs) out of the trial binder prior to Rena Hughes ruling. At trial I had no idea what was happening, as I have never gone to court and trusted my counsel. During my questioning by Grayson Moulton he asked me, if my name was forged, why did not I get a Handwriting Expert. I then looked at Jared Jennings with confusion because it was a great question, and my counsel should have told me to do so.

After two weeks passed, there was still no ruling. I had submitted my complaint to Liberty Mutual Bond Company for Nikki Bott, in which I gave them info that she notarized her own file and I also obtained the letter from the Expert. I copied Logan Willson and Adam Fulton on the emails for the bond, yet they never advocated once for them to be paid out to me. They instead did the opposite and instructed the bond company to blow me off and wait for the ruling of Rena Hughes. I waited 3 months and a week and the day I finally felt something was not right, I told Adam to withdraw from the Title Company case and I would fight it on my own. That very next day Rena Hughes came out with her opinion of the court, completely fabricated, and based on no evidence. Logan Willson emailed me this opinion of the court and asked me to come in to speak about it. I was furious, and I knew every part of it was untrue and not just untrue, it was hurtful and damaging to my work and reputation. Adam, Logan, and Jared told me "you got your day in court and the judge didn't believe you" I knew instantly the judge was dishonest. Adam then sent this ruling to Liberty Mutual in which they denied the bond based on Rena Hughes Fabricated Ruling. Adam and Logan then told me if I did not sign the settlement, they would then testify against me on the behalf of Nikki Bott. I knew this was also wrong and Jared left the room almost crying. I then looked at Logan who was holding the filed Pre Trial Memorandum in which I noticed it only had 6 exhibits on my behalf, so I knew they had turned in none of my evidence and that exhibit 6 was all of my evidence in which they conspired with Grayson Moulton to remove and Rena Hughes allowed this. I left their office in tears, I had received no justice for anything anyone had done to me and they had made a joke of the loss of my son while they tortured me for 3 years through pointless litigation, tying up all of my assets in the home I had no control or access to. Prior to trial I paid Jennings and Fulton $16k and for two days of trial, they charged me $18k for litigating a deed that was not valid. There was no way I could accept the decree so I began trying to get new counsel, but Rena Hughes refused to withdraw Jared Jennings from the divorce proceedings ensuring no other lawyer would intervene. I spent over $3000 on consulting with attorneys who also lied, and tried to conceal the actions of Shumway Van and Jennings and Fulton. I then began filing motions to let Rena Hughes know of the fraud and Legal Malpractice to find out that she clearly knew what they did and was part of the concealment. The exhibits removed were filed into the case a year prior so everyone knew what it contained.

I then began to file into the two civil cases being litigated by Jennings and Fulton to find that they were doing the same thing in those cases. Presenting no damages, no witnesses, and no evidence, but in turn setting up the title company and the real estate agent to win their claims for committing crimes against me. Jennings and Fulton never addressed any issue of Title or Crimes on Property, purposely filing cases into courts they know would be dishonest and manipulate the law. I then filed to amend the complaints and correct the defendants and claims, in which both judges denied the motions. Adam, Jared, and Logan began providing the fabricated ruling to Lipson Neilson, Liberty Mutual, and RLI Insurance who held the bond to the second notary that was at the closing. With Rena Hughes fabricated ruling they closed the complaints and refused to pay the bonds. Adam Fulton then filed into the divorce case adjudicating a lien for the trial attorney fees. Jennings and Fulton did absolutely nothing to correct the ruling or let the judge know of her errors. Rena Hughes then waited an additional 3 months without issuing a final order, while I began studying law and learned I was entitled to annulment and quiet title. After 2 ½ years of working two jobs right after the loss of my son and

betrayal of my husband to pay them their legal fees, in which they never intended on helping me but defrauding me out of my damages, restitution, special damages, punitive damages, and legal fees and costs. I also learned that I was entitled to the return of everything I invested and that the LVMPD should have not only arrested Bobby Antee, Linda Naw, but now due to the known concealment of the Mortgage Fraud by Shumway Van, Jennings and Fulton, Deborah Conway, Aaron Ford Attorney General, Rena Hughes, Elizabeth Gonzales, Mark Denton, and all parties who attended the closing, SOS, GLVAR, NRED, were all now also part of fraud and forgery, they were also now to guilty of mortgage fraud. I have now been litigating my own cases for 5 months in which every judge has been dishonest, but Jennings and Fulton planned it to file with a judge that would break the law. Mary Kay Holthus refused to amend or admit Linda Naw or her counsel committed any crimes, yet as a judicial officer had the responsibility to report Rena Hughes, Shumway Van, Jennings and Fulton to the appropriate authority but refused to do so. Mary Kay Holthus should also have appointment a Bro Bono Lawyer due to the fraud and malpractice. She did not but allowed Shumway Van to continue to represent both Bobby Antee and Linda Naw even as Co-defendants in case A-20-820980-C for Title in which I believe this is the only honest judge. I filed Legal Malpractice in case A-20-820446-C in which Mark Denton set a hearing date, then received Ex Parte Communication and changed the Hearing to Chambers for Summary Judgement to refuse any oral argument on my own behalf. I then filed Fraud of the Court knowing that he to would have a clear bias. I then filed for summary judgement in A-18-786141-C where Mary Kay Holthus denied it stating that Linda Naw had nothing to do with the actions of Nikki Bott. When the law states anyone who knowing conceals, destroys, or alters, evidence is guilty of that crime as well.

I have been put through 3 years of pure torture after the most excruciating loss a mother can suffer. I was then Immediately thrown into a divorce destroyed by a fraudulent purchase of a home. To conceal their crimes they knowingly litigated over this matter, refusing to add me to anything for the home, including home owners insurance even though I was the only person residing in the home. In October of 2019 my car was robbed at my work, in which I suffered a total loss of $10000. My insurance claim was denied because I was not listed as living in the home. I paid a total of $37000 in Mortgage payments for a home I was never able to enjoy. I was forced to maintain the home I never wanted and a new business with no help from anyone, while Bobby Antee was protected by Lawyers, judges, and government officials to conceal the fraud committed by everyone involved. Rena Hughes has refused to correct her ruling and has knowing allowed Bobby Antee to record her ruling with the IRS, in which they responded that the bill was fabricated as I testified at Trial, but was another way to try to steal the money put into my home. After filing Lis Pendens, Deborah Conway refused to revoke the deed even though I showed her the Escrow Agent notarized her own file, and the Letter from the Handwriting Expert. She then threatened me and escorted me out of the building, in which I recorded all of it. Deborah Conway then called Rena Hughes and told her I had figured out the Lis Pendens and my true entitlements, and the next morning Rena Hughes issued the final decree without hearing any pending motions, and changing nothing in her order but to give Bobby Antee more money for violating me and to also allow his attorneys to now collect attorney fees. Grayson Moulton then filed for $44k in legal fees for Bobby Antee, for litigating a case that they submitted as mortgage fraud. Elizabeth Gonzales also did the same thing, without hearing anything, she vacated my summary judgement and issued judgement in favor of Nikki Bott who clearly forged my name and notarized her own file.

I have reported this to Aaron Ford 3 times. Once in 2019, again Prior to Rena Hughes Ruling and again, after learning of all the legal mal practice and fraud, in which Aaron Ford has taken no action and continued to blow me off and allow these attorneys, judges, and officials to attack me and now are trying to force me out of my home to illegally sell it again. They have kept all of my assets in this home that I have been unable to do anything with because it is not in my name. I wanted to foster a child and I could not without the approval of Bobby Antee who was the person who victimized me. I have followed very piece of this process and I now have 3 cases going to appeals in which I have had to learn law overnight, because due to the mal practice and the people involved no lawyer is willing to debar 6 other lawyers. I have also reported this to the FBI, in which they keep telling me that they cant confirm or deny and investigation. But they are now trying to sell my home and no one has still stepped in. The abuse I have suffered is unimaginable and their actions have caused me to loose donors, supporters, and even friends. Linda Naw and Bobby Antee continue to use Rena Hughes ruling to

slander and damage my work and reputation.

  I reported the Legal Malpractice to Nevada State Bar once in 2019 to report Chris Tillman, and I also told them in the complaint of the mortgage fraud in which they said Chris Tillman did nothing wrong, and now again have said Adam Fulton, Logan Willson, and Jared Jennings did nothing wrong. They refused to refund any legal fees taken from me, and refused to issue pro bono counsel to help me correct the pleadings purposely filed incorrectly by Jennings and Fulton LTD. Logan Willson litigated all 3 matters over the same issue and refused to submit evidence. Yet they did nothing to punish him, instead I went to his office to get the filed pleadings since I was given fake ones to approve. Logan Willson then laughed in my face and told me good luck getting justice, because they are able to manipulate this entire process as they have for 3 years. Adam and Jared hid in their offices and refused to speak to me after the crimes they clearly committed and purposely threw my cases to conceal mortgage fraud.

  This was reported to Nevada Secretary of State 1/15/2019 in which they ignored that Nikki Bott notarized her own file, that there were two notaries in one closing, and that Melanie Treanor and Nikki Bott live on the same street. So when I did not show up to the closing she called her friend to notarize the loan docs so she could notarize the quit claim and forge my name. It doesn't get any clearer than this yet Aaron Ford has also concealed it and taken no action against government employee who were also concealing Mortgage Fraud and Forgery. Part Ownership is no defense to Grand Larceny, so Bobby Antee never had a interest in the home, but was given 3 years of free legal representation so they could avoid prosecution for Linda Naw her Broker Jeff Moore, ERA Brokers, Nikki Sikalis Bott, Tracy Bouchard, and National Title Company. Both women are still employed and have not been punished by any governing board. I now know that my damages are astronomical, which is why I have not mattered to anyone for 3 years. My pain has been a joke to them, my loss has been a joke to them, and they have kept me trapped in a marriage that was never real but a way for Bobby Antee to steal $98k in less than a month with the help of all involved. I would like a complete investigation of Nevada Governments, and someone to intervene and stop the endless attacks I have suffered for years. I made one mistake which was trusting Bobby Antee, who simply saw an opportunity to take advantage of a mother in pain in her most vulnerable moment. For this they all deserve the Felonies and imprisonment that comes with the crimes they have committed. Grayson Moulton has now filed a motion to Rena Hughes asking her to allow him to evict me out of the home I have been forced to live in for 3 years. I now have no money to move, I have sold all my furniture to pay for appeals, and my mother is on 24 hr oxygen and if forced to move, could put her in great harm.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

After the loss of my son, I already suffered greatly from depression, aniety and PTSD. Now being forced to go from 3 years of fighting in a hospital with my son and then watching him pass , to immediately being forced into a marriage where Bobby Antee simply married me for money and to defraud me has made my condition worse. For 3 years Bobby Antee, Shumway Van, and Jennings and Fulton have allowed my insurance to be canceld several times during the unnessary litigation preventing me from seeking therapy that I needed. I signed 3 gift letters with the belief I would be listed on title and was not. They still utilized the gift letters in the amount of $65k, $4060, $3000 in which I have lost all of it due to Rena Hughes fabricated ruling and the legal mal practice of Jennings and Fulton. I was forced to pay $37k in Mortgage Payments for a home that I never wanted. I was forced to pay $4000 to Chris Tillman for legal representation he never provided, I paid Jennings and Fulton $16k for litigating 3 cases over the same matter and purposly loosing them all. I suffered a loss of $10k in a car robbery that should have been covered by my homeowners insurance that I was soley paying for, but was not addd on by Valley West Mortgage, Bobby Antee, Linda Naw, Jennings or Fulton, or Shumway Van even though I sent several messages to them about his. Rena Hughes then ruled the $26k given to Bobby Antee prior to the marriage to save for me, was community property, in which it was not and Bobby Antee admitted at trial it was my savings. I have now since May 2020 had to litigate these matters on my own taking over 2000 hours of my time. I suffered 6 months of abuse after the closing before i knew that they had stole almost $98k to qualify Bobby Antee for a home he could not afford. I have been deprived of my freedom to have a child, because as a married woman I would need the consent of Bobby Antee to pursue IVF, in which I have been trapped in this marriage for 3 years while Shumway Van concealed Mortgage Fraud and insisted the home I soley paid for was also Bobby Antee's. Bobby Antee removed all of my things from the home and changed the locks, in that process destroyed my personal property throwing it into a storage. The last 3 years All defendants have slander my work, my character, and have caused me to lose over 250k social media supporters. Rena Hughes fabricated ruling has now been sent to the IRS to intentionally hard me and my Foundation all to conceal the crimes they are committing. I have lost over $100k in donations through my social media since finding out of the Legal Malpractice and Judical Misconduct. Bobby Antee committed this fraud on January 17, 2018 and then knowing that he had already betrayed me and our vows, let me pay for a wedding ceremony wasting $10k. I the found out that Bobby Antee used my savings to purchase my wedding ring, so I purchased both his and my ring which was valued at $14000 for both rings, in which Bobby Antee refused to return the ring, and I was forced to pawn my ring to pay for legal fees after the LVMPD refused to provide me with a Prosectuing Attorney for the Crimes committed against me a clear violation of Crime Victims' Rights Act. I have now lost my abilty to trust the legal system, or anyone around me. I have been a prisoner in my home for 3 years, Bobby Antee and Shumway Van deprived me from any control over the home, refusing to produce bills, statements, and forcing me to pay blindly for the home. Bobby Antee has committed multiple violations of law which each count is punishable by imprisonment, but has conspired with Grayson Moulton to ensure that he is not held accountable for his actions. Grayson Moulton and Logan Willson continue to harrass and stalk me, in which I filed for a protection order and it was illegally denied. I have been through the worst experience a mother can face, to lose her only child. As soon as I lost my son, I became a target to Bobby Antee, and then Linda Naw and I then couldn't even pay for protection, because my own lawyers saw more value in screwing me than helping me. Which is clear evidence of bribery. I have given all Defendants the opportunity to makes this right, in which they have all made it very clear to me tha they can do whatever they want with no fear or prosecution. So Far they have ben able to minipluate this process in district court, appeals, and are now just stealing my money in plain sight through the legal system and judges who are granting attorney fees to those who committed crimes against me. The Supreme Court of Nevada has now knowingly for 4 months allowed Rena Hughes to minipulate, harrass, and slader my work to conceal the crimes she has knowingly concealed and committed. The Nevada Judicial system has failed me incredibly. I have lost my home, personal proerty, and now they are trying to evict me, and that will ensure I wont even be able to find a place to live and force me into homelessness. I have lost my abilty to trust anyone, I fear for my life on a daily basis. No one who has victimized me,has been arrested and are free to continue to lie about me and my work. I have began to loose donors who have supported my work for years, and now will no longer support my foundation based on lies given to them by Jennings and Fulton, Bobby Antee, and Linda Naw. I have now been forced to sell all of my furniture to keep up with legal fees and filings, to be completley ignored. All judges allowed me to pay $200 per Summary Judgement filing and they all vacated the motion and heard nothing. I have now filed 5 appeals and every single one has gone to Kristina Pickering, so I know I have also wasted my money and will not have the right to be heard. I have been a prisoner to Rena Hughes and Shumway Van for 3 years, I had no access to anything for the home, but was forced to pay the entire home for

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

the 3 years they delayed trial. I had no access to anything on the home, and suffered a loss of $10k being that I was not listed on the homeowners policy and still am not. I have not been able to have another child because I could not prove I was divorced, and for IVF as a married woman, you have to have your "husbands" signature. So this game Rena Hughes played stole 3 years of my childbearing life and I am already near the end. I have not been able to refinance the home, or even take in a foster child, because I was not on the lease and would need approval from "Bobby Antee" to have a child in the home. What the Defendants have done to my life is damage that can never be fixed. I sleep with a gun at night, because I am afraid for my life. The people who are entrusted with protecting me, are the ones hurting me, leaving me with no protection.  I filed A Title 42 to Compalint with US District Court believing I would finally get justice, to find out that the misconduct and corruption continued and not just continued worsend. Gloria Navarro, and Cam Ferenbach ignored all misconduct and refused to hold a hearing on any Motion filed. People began sitiing outside of my home, while LVMPD refused to arrest anyone and promised in the Constitution. Bobby Antee and Linda Naw continued to both use Shumway Van to attempt to evade prosecution for their crimes, when they had clear proof of fraud in December of 2018. Angela Ochoa with Lipson Neilson, continues to instruct her client to committ fraud, through endless filings for attorney fees, with Melanie Treanor, now also being awarded attorney fees by David Jones, which is a violation fo the Consitution and Crimes Victim Rights Act. Not one Defendant has held a hearing in which I am able to attend in a year, while they refuse to Anull this marriage, which was cleary based on fraud, and are knowingly interfering with Interstate Commerce, and my rights to restitution and speedy trial. For a year I have filed into the Supreme Court begging each justice to administer justice failry and hold everyone accountbale for their actions, to be blown off and now all 4 Justices, Pickering, Silver, Stiglich, Gibbons, and all knowingly concealed the Legal Malpractice of all attorneys, Judges, and even their own justices to protect criminals. I have now been forced to leave the State of Nevada, where I no longer have access to my office, or home. I have no accumulated over $7000 in appeal fees, and the Nevada Supreme Court has done nothing to ensure I receive protection or justice. The LVMPD has allowed Bobby ANtee, Nikki Bott, and Linda Naw to go online and harrass people who support my foundation, post personal identifying information, and slander me to the point of irreplaceable harm. I married Bobby Antee under clear duress, I had lost my son weeks prior. Bobby ANtee stole over $100k from me in a month with the help of Linda Naw, Nikki Bott, Drew Levy, Melissa Parker, and Shumway Van. This case has been prolonged now for 3 years now approaching 4 for a marriage, based on fraud that lasted 60 days. The complete disreguard for me as a mother, a community leader, and a africa american woman, has been hurtful and devastating to my life. I no longer feel safe anywhere in the State of Nevada knowing that so many people in a position of power are willing to hurt innocent people to protect companies and for money. While the Defendants were playing with my life, I was struggling to survive the loss of my son, and pouring my heart into helping others and making something right out of my sons death. This case should have never reached Federal Court, but because I have been taken advantage of by everyone, and each Defendant has made it clear that the law does not matter, and they have the power to hurt whoever they would like, and I am one person. I am broken, I am tried, and I simply want to move on with my life. I did not ask to be part of this scandal, I asked for the home to be canceled, and then was forced to live in the home and soley pay for it while the attporneys collected attorney fees they didn't earn, and I worked two jobs to pay them. I am begging this court to please offer me the prosecution attorney I should have been given 3 years ago when I gave clear evidence to the LVMPD, and ensure I get the damages, restitution, special damages, punitive damages, and the Clear Title to my home without any further delay. I also ask the Court to have the Defendants compenstate me for the Damages caused to my foundation, by the lies that have been spread to conceal these crimes. I pray that this court follows the law, and offers me the peace I have longed for for 3 years, and allow me to finally grieve the loss of my son. I simply want to help families, become a mother again, and be free from the abuse I have suffered.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            4.22.2021

Signature of Plaintiff
Printed Name of Plaintiff        Lindsey S. Lidari

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**Defendant No. 5**

| | |
|---|---|
| Name | Treavor Atkin |
| Job Title | Judge Dept 8 |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | 7026714338 |
| E-Mail Address | dept08lc@clarkcountycourts.us |
| | Individual and Official Capacity |

**Defendant No. 6**

| | |
|---|---|
| Name | Rob Bare |
| Job Title | Judge Dept |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | 7026713639 |
| E-Mail Address | dept32lc@clarkcountycourts.us |
| | Individual and Official Capacity |

**Defendant No. 7**

| | |
|---|---|
| Name | Judicial Commission of Nevada |
| Job Title | Judicial Discipline |
| Address | PO Box 48 Carson City, NV 89702 |
| County | Clark |
| Telephone | 7756874017 |
| E-Mail Address | ncjdinfo@judical.nv.gov |
| | Individual and Official Capacity |

**Defendant No. 8**

| | |
|---|---|
| Name | Aaron D. Ford |

| | |
|---|---|
| Job Title | Attorney General |
| Address | 100 N. Carson St. Carson City, NV 89701 |
| County | Clark |
| Telephone | 7754000340 |
| E-Mail Address | aginfo@ag.nv.gov |
| | Individual and Official Capacity |

Defendant No. 9

| | |
|---|---|
| Name | Debbie Conway |
| Job Title | County Recorder |
| Address | 500 S. Grand Central Pkwy, Las Vegas, NV 89106 |
| County | Clark |
| Telephone | 7024554336 |
| E-Mail Address | djc@clarkcountynv.gov |
| | Individual and Official Capacity |

Defendant No. 10

| | |
|---|---|
| Name | Lenora Muller |
| Job Title | Notary Administrator |
| Address | 202 North Carson St. Carson City, NV 89701 |
| County | Clark |
| Telephone | 7756845749 |
| E-Mail Address | lmueller@sos.nv.gov |
| | Individual and Official Capacity |

Defendant No. 11

| | |
|---|---|
| Name | LVMPD |
| Job Title | Law Enforcement |
| Address | 400 S MLK Las Vegas, NV 89106 |

County                 Clark

Telephone              7028283111

E-Mail Address

                       **Individual and Official Capacity**

Defendant No. 12

Name                   **Nevada State Bar**

Job Title               **Attorney Discipline**

Address                **3100 W Charleston Blvd. Las Vegas, NV 89102**

County                 Clark

Telephone              702382050

E-Mail Address

                       **Individual and Official Capacity**


Defendant No. 13

Name                   **Lipson Neilson LTD**

Job Title               **Law Firm**

Address                **9900 Covington Cross Dr. #120 Las Vegas, NV 89144**

County                 **Clark**

Telephone              7023821500

E-Mail Address

                       **Individual and Official Capacity**

Defendant No. 14

Name                   **Shumway Van LTD**

Job Title               **Law Firm**

Address                **8985 S Eastern Ave #100 Las Vegas, NV 89123**

County                 Clark

Telephone              7024787770

E-Mail Address          grayson@shumwayvan.com

                       **Individual and Official Capacity**

**Defendant No. 15**

| | |
|---|---|
| Name | Jennings and Fulton LTD |
| Job Title | Law Firm |
| Address | 2580 Sorrel St Las Vegas, NV 89146 |
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | logan@jfnvlaw.com |
| | Individual and Official Capacity |

**Defendant No. 16**

| | |
|---|---|
| Name | Kristina Pickering |
| Job Title | Supreme Court Justice |
| Address | 201 S Carson St. Suite 201 Carson City, NV 89701 |
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 17**

| | |
|---|---|
| Name | Daryl McClosky |
| Job Title | Compliance Investigator |
| Address | 3300 W Sahara Suite 350 Las Vegas, NV 89102 |
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 18**

| | |
|---|---|
| Name | Ronald Isreal |
| Job Title | District Court Judge |

| | |
|---|---|
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 19**

| | |
|---|---|
| Name | Gerald Hardcastle |
| Job Title | District Court Judge |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 20**

| | |
|---|---|
| Name | Dawn Thorne |
| Job Title | District Court Judge |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 21**

| | |
|---|---|
| Name | David Jones |
| Job Title | District Court Judge |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | |
| E-Mail Address | |

Official Capacity

Defendant No. 22

| | |
|---|---|
| Name | Gloria Navarro |
| Job Title | US District Court Judge |
| Address | 333 S Las Vegas Blvd. Las Vegas, NV 89101 |
| County | Clark |
| Telephone | |
| E-Mail Address | |

Official Capacity

Defendant No. 22

| | |
|---|---|
| Name | Cam Ferenbach |
| Job Title | US District Court Judge |
| Address | 333 S Las Vegas Blvd. Las Vegas, NV 89101 |
| County | Clark |
| Telephone | |
| E-Mail Address | |

Official Capacity

Defendant No. 23

| | |
|---|---|
| Name | Abbie Silver |
| Job Title | Supreme Court Justice |
| Address | 201 S Carson St. Suite 201 Carson City, NV 89701 |
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | |

Official Capacity

Defendant No. 24

| | |
|---|---|
| Name | Mark Gibbons |
| Job Title | Supreme Court Justice |
| Address | 201 S Carson St. Suite 201 Carson City, NV 89701 |

| | |
|---|---|
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | |
| | Official Capacity |

Defendant No. 25

| | |
|---|---|
| Name | Lidia Stiglich |
| Job Title | Supreme Court Justice |
| Address | 201 S Carson St. Suite 201 Carson City, NV 89701 |
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | |
| | Official Capacity |

Defendant No. 26

| | |
|---|---|
| Name | Ron Parraguiree |
| Job Title | Supreme Court Justice |
| Address | 201 S Carson St. Suite 201 Carson City, NV 89701 |
| County | Clark |
| Telephone | 7029793565 |
| E-Mail Address | |
| | Official Capacity |

Defendant No. 27

| | |
|---|---|
| Name | Kathy Hardcastle |
| Job Title | District Court Judge |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | |
| E-Mail Address | |
| | Official Capacity |

Defendant No. 28

| | |
|---|---|
| Name | Eric Johnson |
| Job Title | District Court Judge |
| Address | 200 Lewis Ave Las Vegas, NV 89155 |
| County | Clark |
| Telephone | |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 29**

| | |
|---|---|
| Name | Marquis Aurbach Coffing |
| Job Title | Law Firm |
| Address | 10001 W Park Run Dr. Las Vegas, NV 89145 |
| County | Clark |
| Telephone | |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 30**

| | |
|---|---|
| Name | Resnick & Louis PC |
| Job Title | Law Firm |
| Address | 5940 S. Rainbow Blvd. Las Vegas, NV 89118 |
| County | Clark |
| Telephone | 7029973800 |
| E-Mail Address | |
| | Official Capacity |

**Defendant No. 31**

| | |
|---|---|
| Name | Murchinson & Cumming LLP |
| Job Title | Law Firm |
| Address | 350 S Rampart Bvld. Suite 320 Las Vegas, NV 89145 |
| County | Clark |
| Telephone | 7023603956 |

E-Mail Address

                Official Capacity

Defendant No. 32

Name                Clarkson & Associates

Job Title            Law Firm

Address            3230 S Buffalo Dr. Las Vegas, NV 89117

County             Clark

Telephone         7024625700

E-Mail Address

                Official Capacity

Defendant No. 33

Name                Clark County DA

Job Title            Law Firm

Address            200 Lewis Ave Las Vegas, NV 89101

County             Clark

Telephone         7026712500

E-Mail Address

                Official Capacity

Defendant No. 34

Name                Chris Tillman

Job Title            Law Firm

Address            1211 South Maryland Pkwy Las Vegas, NV 89104

County             Clark

Telephone         7022144214

E-Mail Address

                Official Capacity

Defendant No. 35

Name                Wilson, Elser, Moskowitz, Eldman, Dicker

Job Title            Law Firm

| | |
|---|---|
| Address | 6689 Las Vegas Blvd. South Suite 200 Las Vegas, NV 89119 |
| County | Clark |
| Telephone | 7027271400 |
| E-Mail Address | |
| | Official Capacity |

Lindsey Licari
9564 Scorpion Track ct
Las Vegas, NV 89178

USPS CERTIFIED MAIL

9507 1065 8461 1113 6663 58

US District Court
400 S. Virginia st
Reno, NV 89501